**Dismissed and Memorandum Opinion filed September 20, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-11-00769-CV

---

### JANICE TAYLOR, Appellant,

### V.

### KUBALA PUBLIC ADJUSTERS, INC., D/B/A KUBALA AND COMPANY ADJUSTERS, Appellee.

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County**
**Trial Court Cause No. 989268**

---

## M E M O R A N D U M   O P I N I O N

Appellant Janice Taylor appeals the trial court's summary judgment granted in favor of appellee Kubala Public Adjusters, Inc., d/b/a Kubala and Company Adjusters. We dismiss for want of prosecution.

On March 23, 2012, the appellant filed a brief that failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. Specifically, the appellant failed to provide adequate citations to the record and to authority to support the issues presented. Tex. R. App. P. 38.1(g), (i). On April 19, 2012, this court issued an order, requiring the appellant to file a brief that complied with Rule 38. The order further advised that the court would dismiss the appeal for want of prosecution if the appellant

failed to file a compliant brief on or before May 21, 2012.

On May 22, 2012, the appellant filed an amended brief which failed to comply with the court order and, in fact, complied with even fewer of the Rule 38 requirements than the original brief. *See* Tex. R. App. P. 38.1(a), (b), (c), (f), (g), (h), (i), and (j). On June 19, 2012, the appellee filed a brief requesting dismissal of the appeal based on the appellant's failure to comply with the court order and the Texas Rules of Appellate Procedure.

On July 10, 2012, the appellant filed a third brief, which again failed to comply with Rule 38. *See* Tex. R. App. P. 38.1(a), (b), (c), (f), (g), (h), (i).

Pro se litigants must comply with the applicable procedural rules, and courts hold both pro se litigants and licensed attorneys alike to the same standards. *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184–85 (Tex. 1978) "There cannot be two sets of procedural rules, one for litigants with counsel and the other for litigants representing themselves. Litigants who represent themselves must comply with the applicable procedural rules, or else they would be given an unfair advantage over litigants represented by counsel." *Id.*; *see also Steffan v. Steffan*, 29 S.W.3d 627, 631 (Tex. App.—Houston [14th Dist.] 2000, pet. denied).

The appellant failed to comply with this court's order of April 19, 2012. Accordingly, we strike the appellant's non-conforming briefs and order the appeal dismissed.

/s/      Jeffrey V. Brown
         Justice

Panel consists of Chief Justice Hedges and Justices Brown and Busby.